Generated: Oct 16, 2024 8:38AM

Page 1/1

# U.S. District Court

### New York Eastern - Brooklyn

Receipt Date: Oct 16, 2024 8:38AM

William John Stuckwisch

| Rcpt. No: 100017286 | | Trans. Date: Oct 16, 2024 8:38AM | | | Cashier ID: #SH |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DNYE124CR000399 | 1 | 200.00 | 200.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $200.00 |
| | | Total Due Prior to Payment: | $200.00 |
| | | Total Tendered: | $200.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.